In the Matter of JAMES GOLDEN et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. In the Matter of JOSEPH MORACE, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. In the Matter of WILLIAM F. McLEAN, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. — Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 813.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. GEARY, Appellant, et al., Defendants.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

DELANCEY KOSHER RESTAURANT & CATERERS CORP., Appellant-Respondent, v. PHIL GLUCKSTERN et al., Respondents-Appellants, et al., Defendants.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

In the Matter of MOBAR CONSTRUCTION CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

HELENE HERBERT, Respondent, v. JOSEPH S. HERBERT, Respondent. KATE LEVINE, as Administratrix of the Estate of HENRY LEVINE, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the defendant-respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

AMERICAN LEAGUE FOR A FREE PALESTINE, INC., Appellant, v. TYRE SHIPPING Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

HARRY L. SELDEN et al., Appellants, v. TYRE SHIPPING Co., INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

In the Matter of AUSTREAL CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post*, p. 744.]